KENNETH K. LIU, ESQ.
Nevada Bar No. 4466
819 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-0639
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

LINDA J. TAYLOR,

    Debtor(s)

BK-S-08-25651-LBR
Chapter 13

Date: November 17, 2009
Time: 10:30 a.m.

OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
WITH CERTIFICATE OF SERVICE

    The above-named debtor, by and through her attorney of record, Kenneth K. Liu, Esq., files this opposition to US Bank s Motion for Relief from Automatic Stay and state as follows:

    The Debtor converted her case from Chapter 7 to Chapter 13 on July 30, 2009.  In her proposed plan, the Debtor states that she is current with her obligations to US Bank and will continue to make the contractual payments to same.  The Debtor does not understand why US Bank filed its Motion for Relief from the Automatic Stay.  US Bank contends that the Debtor s intent is to surrender the property located at 3700 W. Bonanza Road, Las Vegas, Nevada.  However, the Debtor s Chapter 7 statement of intention (attached as Exhibit  A  in US Bank s Motion for relief from the automatic stay), clearly states that she intends to retain the house.  The Debtor s proposed plan further confirms her intention of retaining the Bonanza property.  Furthermore, the Debtor is not behind on her payment obligations to US Bank.  Accordingly, the Debtor requests the court US Bank s Motion for relief from the Automatic Stay be denied.

    DATED this 29th day of October, 2009.

    By  /s/ Kenneth K. Liu
    KENNETH K. LIU, ESQ.
    Nevada Bar #4466
    819 South Sixth Street
    Las Vegas, NV 89101
    Attorneys for Debtor

1
2
CERTIFICATE OF SERVICE

3   I, the undersigned, hereby certify that a copy of the Debtor s opposition to Motion for

4   Relief from Automatic Stay in the above-entitled case was mailed by me the 29th day of October,

5   2009, by depositing a copy thereof, first-class postage prepaid, in the United States Mail, to the

6   parties listed below:

7   Gregory L. Wilde, Esq.
    208 South Jones Blvd.
8   Las Vegas, NV 89107

9   Mark S. Bosco, Esq.
    2525 East Camelback Road, Ste. 300
10  Phoenix, AZ 85016

11
        Dated: 29th day of October, 2009.
12

13
                                    /s/ Kenneth K. Liu
14                                  An employee of Law Offices of Kenneth K. Liu

15
16
17
18
19
20
21
22
23
24
25
26
27
28

2